DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

ROBERTO RICO SUAREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0208

———————————————

January 2, 2026

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Karen M. Kinney, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.